IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:02CR3165 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **ORDER** |
| | ) | |
| VICENTE BELTRAN, | ) | |
| | ) | |
| Defendant. | ) | |

IT IS ORDERED that:

(1) W. Russell Bowie is granted leave to withdraw and his motion (filing 83) to that extent is granted.

(2) The Federal Public Defender shall provide me with a nomination for a Panel Attorney to substitute for Mr. Bowie. I will then appoint counsel.

March 23, 2006.                         BY THE COURT:

                                        s/ *Richard G. Kopf*
                                        United States District Judge