IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | 4:02CR3165-1 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **MEMORANDUM** |
| | ) | **AND ORDER** |
| VICENTE BELTRAN, | ) | |
| | ) | |
| Defendant. | ) | |

Russ Bowie will shortly take his oath as a Douglas County, Nebraska District Judge. Accordingly, Mr. Bowie has moved to withdraw.  With these facts in mind,

IT IS ORDERED that (1) Russ Bowie is granted leave to withdraw as counsel and his withdrawal is effective immediately; (2) Theresa M. Siglar is appointed as counsel for Vicente Beltran; (3) the Federal Public Defender shall provide Ms. Siglar with a CJA voucher; (4) Ms. Siglar shall immediately file an entry of appearance;  (5) within 10 days after the entry of this order, if Ms. Siglar desires a change in any schedules or deadlines, she shall file a motion requesting such change; and (6) my chambers shall provide a copy of this memorandum and order to Mr. Bowie and to Ms. Siglar and to the Federal Public Defender.

March 31, 2006.                          BY THE COURT:

                                         s/ *Richard G. Kopf*
                                         United States District Judge